# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| 3D LASERS LAB LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:19-cv-98-SMY-RJD |
| STEPHEN P. BENBOW, d/b/a SPINTECH, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff 3D Lasers Lab LLC ("Plaintiff"), by and through undersigned counsel, and states the following to the Court after conferring with counsel for Defendant Stephen P. Benbow d/b/a Spintech ("Defendant"):

1. Plaintiff and Defendant have settled the above-captioned case.

2. Counsel for Plaintiff and counsel for Defendant require time to complete a final, formal settlement agreement.

3. Plaintiff expects final settlement documents to be executed and full performance on the time-sensitive terms of the settlement agreement by December 2, 2019.

4. The parties will file a Stipulation of Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel and after the time-sensitive terms of the settlement agreement are fully performed.

5. The parties have agreed to postpone all pending discovery obligations while these settlement arrangements are finalized.

Dated: October 1, 2019  Respectfully submitted,

**DONNER APPLEWHITE, ATTORNEYS AT LAW**

By: */s/ Thomas R. Applewhite*
Thomas R. Applewhite, # 6310947
1108 Olive Street, Suite 200
St. Louis, Missouri 63101
Phone: (314) 293-3526
Facsimile: (888) 785-4461
Email: tom.applewhite@da-lawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this action.

*/s/ Thomas R. Applewhite*