### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| 3D LASERS LAB LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-98-SMY-RJD |
| | ) | |
| STEPHEN P. BENBOW, d/b/a SPINTECH, | ) ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** and agreed to by and between Plaintiff and Defendant, that the above-captioned action, shall be and is hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs, and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated: December 5, 2019                                          Respectfully submitted,

**DONNER APPLEWHITE,**                              **CAPES, SOKOL, GOODMAN**
**ATTORNEYS AT LAW**                                    **& SARACHAN, PC**

By:  */s/ Thomas R. Applewhite*                       By:  */s/ Andrew W. Blackwell (with consent)*
Thomas R. Applewhite, #6310947                   Andrew W. Blackwell, Generally Admitted
906 Olive Street, Suite 1110                            7701 Forsyth Boulevard, 12th Floor
St. Louis, Missouri 63101                                 Saint Louis, Missouri 63105
Phone:   (314) 293-3526                                   Phone:   (314) 721-7701
Fax:        (888) 785-4461                                   Fax:        (314) 721-0554
Email:    tom.applewhite@da-lawfirm.com       Email:    blackwell@capessokol.com

*Attorneys for Plaintiff*                                      *Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that, on December 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this action.

*/s/ Thomas R. Applewhite*